United States District Court
Southern District of Texas
**ENTERED**
March 16, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MAGDALENA ANAYA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:14-CV-2065 |
| | § | |
| HOUSTON INDEPENDANT SCHOOL | § | |
| DISTRICT, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the Magistrate Court's Memorandum and Recommendation Granting Defendants' Second Partial Motion to Dismiss, filed on February 23, 2016 (Doc. #24). The time for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Report and Recommendation for clear error. *See Cruz v. Colvin*, No. 7:14-CV-780, 2016 WL 728182, at *1 (S.D. Tex. Feb. 24, 2016).[1] Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety. Accordingly, Defendants' Second Partial Motion to Dismiss is GRANTED.

It is so ORDERED.

MAR 1 5 2016
_____
Date

_____
THE HONORABLE ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE

---

[1] As noted by the Fifth Circuit, "[t]he advisory committee's note to Rule 72(b) states that, '[w]hen no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Douglas v. United Services Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (quoting Fed. R. Civ. P.72(b) advisory committee's note (1983)) *superseded by statute on other grounds by* 28 U.S.C. § 636(b)(1), *as stated in ACS Recovery Servs., Inc v. Griffin*, No. 11-40446, 2012 WL 1071216, at *7 n.5 (5th Cir. April 2, 2012).